# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JESICA ISABEL BARRAGAN-AYALA,

      Petitioner,

      v.

FERETI SEMAIA, WARDEN OF ADELANTO ICE PROCESSING CENTER, ET AL.,

      Respondents.

Case No. 5:26-cv-02429-AJR

**JUDGMENT**

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner from custody on his prior conditions of parole (only those conditions that were in place prior to her arrest on April 17, 2026). Respondents shall also immediately return any confiscated property and documents to Petitioner upon his release. Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing. The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by

clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community. The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard. Respondents shall place a copy of this Judgment in Petitioner's A-File. Respondents shall file a notice of compliance **within twenty-four hours**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  May 15, 2026

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE